UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.                                                                              10-CR-125-S

SUPERIOR METAL POWDERS, INC.,
INTERNATIONAL TECHNOLOGY GROUP, INC.,
INNOVATIVE MATERIALS & SOLUTIONS, INC.
and QIAN CHEN

                    Defendants.

---

### ORDER OF DISMISSAL

The United States Attorney for the Western District of New York hereby dismisses the instant Superseding Indictment as against the following defendants: SUPERIOR METAL POWDERS, INC., INTERNATIONAL TECHNOLOGY GROUP, INC., INNOVATIVE MATERIALS & SOLUTIONS, INC. and QIAN CHEN pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed hereon.

DATED:    Buffalo, New York, September 23, 2015.

                                        WILLIAM J. HOCHUL, JR.
                                        United States Attorney

BY: _____
        MICHAEL DIGIACOMO
        Assistant United States Attorney
        United States Attorney's Office
        Western District of New York
        138 Delaware Avenue
        Buffalo, New York 14202
        (716) 843-5700, ext. 885
        Michael.DiGiacomo@usdoj.gov

Leave of the Court is granted for the filing of the foregoing dismissal.

SO ORDERED.

Dated:   September 25, 2015
             Buffalo, NY

                                        _____
                                        WILLIAM M. SKRETNY
                                        United States District Judge